IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC, a Washington Limited Liability Company ) ) ) | Civil Action No. 08-200 |
| Plaintiff, ) ) ) | JURY DEMAND |
| v. ) ) | |
| Reflexive Entertainment, Inc., a a California Corporation ) ) ) | |
| Defendant. ) | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   :

NEW CASTLE COUNTY   :

Michael G. Busenkell, Esquire, being duly sworn, states as follows:

1. My name is Michael G. Busenkell, Esquire. I am the attorney of record for Plaintiff CRS, LLC.

2. On April 21, 2008, a Summons and Complaint were sent to Reflexive Entertainment, Inc. registered mail, postage prepaid, return receipt requested, as required to effect service of process as per 10 Del. C. § 3104.

3. The mailing receipt obtained at the time of the mailing of the Notice is attached to this affidavit as Exhibit A.

4. The original return receipt is attached to this affidavit as Exhibit B.

_____
Michael G. Busenkell

Sworn to and subscribed before me

this 13th day of May, 2008.

_____
Notary Public

DEBORAH A. CHASE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 29, 2011

# EXHIBIT A



# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) ARZ ING   B. Date of Delivery<br>C. Signature   X [signature]   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Reflexive Entertainment, Inc.<br>c/o Registered Agent Lars B. Brubaker<br>21068 Bake PKWY, Suite 100<br>Lake Forest, CA 92630 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0600 0025 4886 9265 | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952 | |