IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-200 SLR |
| | ) |
| REFLEXIVE ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that the time by which Defendant shall answer, move or otherwise respond to Plaintiff's complaint is extended to and including July 7, 2008.

_____  6/4/08
Michael Busenkell (I.D. #3933)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430
mbusenkell@eckertseamans.com

*Attorneys for Plaintiff*

_____
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy Arnott Quinlan (I.D. #3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendant*

**SO ORDERED** this ____ day of _____, 2008.

_____
United States District Court Judge