# Morris James LLP

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

July 3, 2008

**VIA E-FILING AND HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, Delaware  19801

      Re:  *CRS, LLC v. Reflexive Entertainment, Inc.*, C.A. No. 08-200 (SLR)

Your Honor:

      We are pleased to report that the parties have reached a settlement in this matter. Defendant's response to the Complaint is currently due on Monday, July 7. We expect the dismissal will be filed on Monday, but if not, Defendant will be seeking a brief extension to respond to the Complaint.

      Respectfully,

      Mary B. Matterer
      mmatterer@morrisjames.com

cc: Dr. Peter T. Dalleo, Clerk of the Court (via hand delivery)
    Michael Busenkell, Esq.
    Nathan T. Paine, Esq.
    Matthew Lapple, Esq.