IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-200 SLR |
| | ) |
| REFLEXIVE ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Having agreed to a settlement of this action, THE PARTIES HEREBY STIPULATE AND AGREE, by and between counsel and subject to the approval of the Court, and pursuant to Fed. R. Civ. P. 41(a)(1), that this action, including all claims, is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

_____
Michael Busenkell (I.D. #3933)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430
mbusenkell@eckertseamans.com

*Attorneys for Plaintiff*

_____
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendant*

**SO ORDERED** this ____ day of _____, 2008.

_____
United States District Court Judge